1

2

**FILED**

3

DEC 1 3 2007

4

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

5

6

Case: 1:07-cv-02247
Assigned To : Walton, Reggie B.

7

Assign. Date : 12/13/2007
Description: Admn. Agency Review

8

9

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

10

11

Dr. Nikolay I. Lysenko

Case No.

12

6628 202nd Street SW Apt 254
Lynnwood, WA 980036—4511

13

Telephone, 425—712—9220
Mailing address: P. O. Box 402

COMPLAINT FOR VIOLATIONS
OF PLAINTIFFS ' RIGHT TO DUE
PROCESS, DEPRIVATION OF

14

Lynnwood, WA 98046-0402

RIGHTS, CONSPIRACY TO
INTERFERE WITH CIVIL

15

RIGHTS, DENIAL OF EQUAL

16

PLAINTIFF,

PROTECTION UNDER LAW (BAN
ON PROFESSION)

Vs.

17

18

United States of America

19

United States Attorney General
950 Pennsylvania Avenue, NW

Washington, DC 20530

20

21

DEFENDANT

22

23

24

**COMPLAINT**

25

26

Page 1 of 4

COMPLAINT

1. This court has jurisdiction because the issues involve violations of PLANTIFFS' rights to free speech, free assembly, and due process, 28 U.S.C. § 1331, 28 U.S.C. § 1343, 42 U.S.C. § 1981, and the United States Constitution Fourteen Amendment – Rights Guaranteed Privileges of Citizenship, Due process and Equal Protection.

2. Venue is also proper under 28 U.S.C. § 1391.

3. I arrived in the USA as refugee from the former USSR in September, 1992, and in 1997 I became the citizen of the USA. As I have learned later, in January, 1993 at the office of the Attorney General of Washington, University of Washington Division (Division Chief, Mr. Jack G. Johnson, telephone: 206-543-4150), my personal file UC93-0119(393) has been opened (see Exhibit 1, attached), and it deprived my life, liberty and property.

4. The information that has been placed in my personal file UC93-0119(393) was originated by agency of the federal government of the United States of America and has been copied around the United States.

5. In the Constitution of the United States of America, Amendment V: "No person ..., nor be deprived of life, liberty or property, without due process of law ..."

6. The file UC93-0119/393 is the ban on profession. I am the world class scientist with excellent education and a very diverse experience cannot continue my professional work, (see Exhibits 2 and 3, attached). From January, 1993 until now, I have experienced the great damages and losses.

7. It is a very harsh punishment, and it has deprived my life, liberty and property, and that punishment has been imposed without any allegations, without court hiring, and even without any explanation: secretly and silently. Therefore, the ban on profession was established without due process of law.

COMPLAINT

8. Hence, my private file UC93–0119/393 is the huge violation of the United States Constitution Fourteenth Amendment— Rights Guaranteed Privileges and Immunity of Citizenship, Due Process and Equal Protection.

9. Wherefore, the premises considered, I demand judgment against the defendant:

   a) Completely elimination of the ban on profession;

   b) Restoration of my good scientific reputation and employability that were damaged by file UC93–0119/393, and employment on tenure-track position in accordance with my education and experience, where I could continue my research work;

   c) Award of compensatory damages for all consequential and incidental losses, cost and such other relief as the court deems appropriate.

10. I ask the Court to take into consideration the humanitarian and moral aspects of entering the secret file UC93-0119(393), and possibly deadly consequence of that. In any legal system, the humanity, the humane treatment of people, despite of any crime that they committed, is a basis of justice. In this case, the file UC93-0119(393) is as like stupid joke on the party, when somebody secretly put some foolish slogan on the back of person, and all around can read that, and the victim cannot understand why all around are so funny. Unfortunately, in this case, it is not about fun, it is about the life of innocent people. It is the real humanitarian disaster: no work, no food, no medical assistance etc, and the people around that did read the slogan on the back, and acting accordingly, and plus tremendous social pressure and stress in the light of permanent question for decades: for what reasons my life was destroyed? In such situation and under existing circumstances the file UC93-0119(393) could kill innocent people. In this case, in my understanding, the file

COMPLAINT

1   UC93-0119(393) has been designed and implemented for that result. <u>I ask the Court</u>

2   <u>to take into the consideration, that secret file UC93-0119(393) is immoral and</u>

3   <u>inhumane treatment of innocent people</u>

4

5   Plaintiff demands a twelve-person jury and prays for elimination of <u>ban on profession</u>.

6

7

8   Respectfully submitted by: _____

9

10   Dr. Nikolay I. Lysenko

11   6628 202nd Street SW Apt 254

12   Lynnwood, WA 98036

13   <u>Mailing address:</u>

14   P.O. Box 402

15   Lynnwood, WA 98046–0402

16   Telephone, 425–712–9220

17   Fax, 661-420-6496

18   Email, <u>Mykola.Lyssenko@agriscienceconsulting.com</u>

19

20   Dated: December 7, 2007.

21

22

23

24

25

26

**COMPLAINT**

# Exhibit 1.

*file*
*Lysenko*

UC93-0119(393



Christine O. Gregoire

# ATTORNEY GENERAL OF WASHINGTON

University of Washington Division • 101 Gerbeding Hall • Box 351260
University of Washington • Seattle WA 98195-1260 • (206) 543-4150
Facsimile No. (206) 543-0779

July 21, 2002

Nikolay I. Lysenko, Ph.D.
P.O. Box 402
Lynnwood, WA 98046

Dear Dr. Lysenko:

I am in receipt of your letters dated June 27, 2002 and July 16, 2002. As I have
indicated, the Attorney General's Office provides legal counsel and representation to the
University of Washington. You have asked whether the Attorney General's office
recommended that the University not hire you, and if so, for what reasons. As you may be
aware, the legal advice that the Attorney General's Office provides to the University is
confidential attorney-client privileged communication. Accordingly, I cannot answer your
present questions. You may raise your concerns regarding non-hire through other avenues,
which I understand you have done by initiating a claim with the Washington State Human
Rights Commission.

Sincerely,

BARBARA J. VAN ESS
Assistant Attorney General

BVE:BVE

G:\ATTYGEN\BVE\LYSENKOLETTER2BVELN0SV.DOC

07 2247

# FILED

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Exhibit 2.

## Nikolay I. Lysenko, Ph. D.

P.O. Box 402, Lynnwood, WA 98046, USA
Telephone / Fax: 425-712-9220
E-mail: mlysenko@prodigy.net

The Honorable Christine O. Gregoire, Governor of the State of Washington
Office of the Governor
PO Box 40002
Olympia, WA 98504—0002

Dear Ms. Gregoire,

At the Office of the Attorney General of Washington there is my personal file **UC93-0119/393** in custody of Mr. Jeffrey D. Goltz, his telephone number is 360-753-2578. I am a very high educated (see document attached), with a very diverse experience scientist cannot work because of that file.

I began work in research at eighteen year old and during of my life it was the only job that I had. Right now, because of the file UC93—0119/393 I cannot work and support myself and my family.

**Please, permit me to work at the University of Washington in any research position for some income that I could support myself and my family. It is the matter of my life and your humanity and compassion.**

**Please give me a prompt and direct answer, so I could make an appropriate plan.**

Very truly yours,

Nikolay I. Lysenko, Ph.D.

07 2247

# FILED

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Exhibit 3.



CHRISTINE O. GREGOIRE
Governor

STATE OF WASHINGTON

OFFICE OF THE GOVERNOR

P.O. Box 40002 • Olympia, Washington 98504-0002 • (360) 753-6780 • www.governor.wa.gov

September 12, 2005

Dr. Nikolay I. Lysenko
PO Box 402
Lynnwood, WA 98046

Dear Nikolay:

Thank you for contacting Governor Gregoire's office to share your concerns about your employment situation.

You have already received copies of everything that is contained in the file you are requesting. Nothing has been added to it. We regret that there is nothing more we can do for you.

Again, thank you for your letter.

Sincerely,

Constituent Services
Office of the Governor

*07 2247*

**FILED**

DEC 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

C 07-2247
RBW

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Dr. Nikolay I. Lysenko    88886 | United States of America |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF — 88888 (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) — 11001 NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |

| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  pro se / N/P | ATTORNEYS (IF KNOWN) |
|---|---|

Case: 1:07-cv-02247
Assigned To : Walton, Reggie B.
Assign. Date : 12/13/2007
Description: Admn. Agency Review

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ◉ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZEN... ...PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ○ A. Antitrust | ○ B. Personal Injury/ Malpractice | ◉ C. Administrative Agency Review | ○ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☒ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ○ E. General Civil (Other) | OR | ○ F. Pro Se General Civil |
|---|---|---|

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(2)

| ○ G. Habeas Corpus/ 2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

◉ 1 Original Proceeding   ○ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

U.S. Constitution Fourteenth Amendment-Rights Guaranteed Privileges of Citizenship, Due Process and Equal Protection. Personal file UC93-0119(393).

## VII. REQUESTED IN COMPLAINT

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ [_____]   Check YES only if demanded in complaint
JURY DEMAND:   YES [X]   NO ☐

## VIII. RELATED CASE(S) IF ANY  A, F.

(See instruction)   YES ☐   NO [X]   If yes, please complete related case form.

DATE December 7, 2007   SIGNATURE OF ATTORNEY OF RECORD _____

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.