FILED
DEC 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-02247
Assigned To : Walton, Reggie B.
Assign. Date : 12/13/2007
Description: Admn. Agency Review

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko,<br><br>            Plaintiff,<br><br>Vs.<br><br>United States of America<br><br>            Defendant. | NO.<br><br>PLAINTIFF'S MOTION FOR<br>CM/ECF PASSWORD |

Plaintiff Dr. Nikolay I. Lysenko moves the Court, pursuant to Local Rules, LCvR 5.4 (b) (2), to grant for me, as *per se* party, leave to obtain a CM/ECF password from the Clerk.

I have a very reliable access to the internet ( Verizon DSL connection), and all required software, such as PDF-writer, Adobe software, scanner and scanner software, and I can file documents in PDF-format, and receive the filings of other parties electronically on regular basis.

PLAINTIFF'S MOTION FOR CM/ECF
PASSWORD.

1

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

1  I used to CM/ECF system in the past, and I had the user name and password for that system,
2  and I have a good experience with the CM/ECF system, as well as, the extensive experience
3  in computer science and programming.
4
5  DATED: December 7, 2007.
6
7
8                              Respectfully submitted,
9                              *[signature]*
10                             Dr. Nikolay I. Lysenko
11                             P.O. Box 402
12                             Lynnwood, WA 98046-0402
13                             425-712-9220
14
15 Email, Mykola.Lyssenko@agriscienceconsulting.com