The Honorable Reggie B. Walton

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko,<br><br>          Plaintiff,<br><br>Vs.<br><br>United States of America<br><br>          Defendant. | NO. 1:07-cv-02247 (RBW)<br><br>AFFIDAVIT OF SERVICE. |

**AFFIDAVIT OF SERVICE.**

I, Nikolay I. Lysenko, hereby declare that on the 18 day of December, 2007 I mailed a copy of the summons and complaint, certified mail return receipt requested, to

The Civil Process Clerk

The Office of the United States Attorney for District of Columbia

501 Third Street, NW

Washington, DC 20001

---

AFFIDAVIT OF SERVICE.          1

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

1  Attached hereto is the certified green card acknowledging service, and Track & Confirm
2  e-mail from the United States Postal Service.

[Certified Mail Return Receipt (PS Form 3811) addressed to: The United States Attorney for District of Columbia, 501 Third Street, NW, Washington, DC 20001. Article Number: 7007 0220 0004 7623 0837. Date of Delivery: DEC 2 6 2007. Service Type: Certified Mail.]

16  DATED: January 2, 2008

18              Respectfully submitted,

                                        /s/ N. Lysenko
20                                      Dr. Nikolay I. Lysenko
21                                      P.O. Box 402
22                                      Lynnwood, WA 98046-0402
23                                      425-712-9220

25  Email, Mykola.Lyssenko@agriscienceconsulting.com

---

AFFIDAVIT OF SERVICE.            2            DR. NIKOLAY I. LYSENKO
                                               P.O. BOX 402
                                               LYNNWOOD, WA 98046-0402
                                               425-712-9220

## Nikolay I. Lysenko, Ph.D.

**From:** "U.S._Postal_Service_" <U.S._Postal_Service@usps.com>
**To:** <mykola.lyssenko@agriscienceconsulting.com>
**Sent:** Wednesday, December 26, 2007 02:23
**Subject:** USPS Shipment Info for 7007 0220 0004 7623 0837

This is a post-only message. Please do not respond.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7007 0220 0004 7623 0837

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Notice Left | WASHINGTON DC 20530 | 12/26/07 4:06am |
| Forwarded | WASHINGTON DC 20001 | 12/21/07 11:32am |
| Arrival at Unit | WASHINGTON DC 20001 | 12/21/07 11:29am |
| Acceptance | LYNNWOOD WA 98036 | 12/18/07 2:38pm |

Reminder: Track & Confirm by email

Date of email request: 12/19/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

---

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

01/02/08