The Honorable Reggie B. Walton

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko,<br><br>                Plaintiff,<br><br>                Vs.<br><br>United States of America<br><br>                Defendant. | NO. 1:07-cv-02247 (RBW)<br><br>AFFIDAVIT OF SERVICE. |

**AFFIDAVIT OF SERVICE.**

I, Nikolay I. Lysenko, hereby declare that on the 18 day of December, 2007 I mailed a copy of the summons and complaint, certified mail return receipt requested, to

U. S. Attorney General

950 Pennsylvania Avenue, NW

Washington, DC 20530

1  Attached hereto is the certified green card acknowledging service, and Track & Confirm
2  e-mail from the United States Postal Service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 2 6 2007<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>U.S. Attorney General<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0220 0004 7623 0844 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

16  DATED: January 2, 2008

18  Respectfully submitted,
19
20  Dr. Nikolay I. Lysenko
21  P.O. Box 402
22  Lynnwood, WA 98046-0402
23  425-712-9220

25  Email, Mykola.Lyssenko@agriscienceconsulting.com

AFFIDAVIT OF SERVICE.          2          DR. NIKOLAY I. LYSENKO
                                           P.O. BOX 402
                                           LYNNWOOD, WA 98046-0402
                                           425-712-9220

## Nikolay I. Lysenko, Ph.D.

**From:** "U.S._Postal_Service_" <U.S._Postal_Service@usps.com>
**To:** <mykola.lyssenko@agriscienceconsulting.com>
**Sent:** Wednesday, December 26, 2007 02:23
**Subject:** USPS Shipment Info for 7007 0220 0004 7623 0844

This is a post-only message. Please do not respond.

Track & Confirm e-mail update information provided by the U.S. Postal Service.

Label Number: 7007 0220 0004 7623 0844

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20530 | 12/26/07  4:56am |
| Notice Left | WASHINGTON DC 20530 | 12/24/07  7:21am |
| Arrival at Unit | WASHINGTON DC 20022 | 12/24/07  3:06am |
| Acceptance | LYNNWOOD WA 98036 | 12/18/07  2:39pm |

Reminder: Track & Confirm by email

Date of email request: 12/19/07

Future activity will continue to be emailed for up to 2 weeks from the Date of Request shown above. If you need to initiate the Track & Confirm by email process again at the end of the 2 weeks, please do so at the USPS Track & Confirm web site at http://www.usps.com/shipping/trackandconfirm.htm

-------------------------------------------------------------------

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at
http://www.usps.com/shipping/trackandconfirmfaqs.htm

01/02/08