UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko,<br><br>      Plaintiff<br><br>  v.<br><br>United States of America<br>United States Attorney General<br><br>      Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:07-cv-02247-RBW<br>) ECF<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
Raymond A. Martinez
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of January, I caused the foregoing Notice to be served on Plaintiff, **Dr. Nikolay I. Lysenko,** via first class mail, postage prepaid addressed as follows:

Dr. Nikolay I. Lysenko
P.O. Box 402
Lynnwood, Wa 98046-0402
425-712-9220

    __/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150