The Honorable Reggie B. Walton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko,<br><br>               Plaintiff,<br><br>           Vs.<br><br>United States of America<br><br>               Defendant. | NO. 1: 07-cv-02247-RBW<br><br>PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR MORE DEFINITIVE STATEMENT |

RECEIVED
FEB 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. The motion of the Defendant full of the false statements and deception and clearly show that the Defendant acts as like the person that keep in the hand a white piece of paper and stated hardly: it is black.

2. In fact, my Complaint is a short and plain statement of the one claim – the ban on profession, that was imposed by the Federal Government of the United States of America (please note, one claim, but not multiple claims, as wanted to read Complain the Defendant).

PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT.

1

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

3. The Defendant have stated: "It is unclear as to who is keeper of the files," In Complaint:" at the office of the Attorney General of Washington, University of Washington Division (Division Chief, Mr. Jack G. Johnson, telephone: 206-543-4150), my personal file UC93-0119(393) has been opened (see Exhibit 1, attached)," Hence, for any reasonable person, is crystal clear, that keeper of the file Lysenko UC93-0119(393) is Mr. Jack G. Johnson. To assist the Defendant to find that keeper, the full recent contact information for Mr. Jack G. Johnson is attached (Exhibit 1). Hence, The Defendant statement is false, in fact, the Defendant does not want to see the keeper of the file for obviously reason, and employed deception.

4. The Defendant stated that unclear who opened the file. It is outraged false statement; the Defendant knows that Confidential Memorandum from the Department of Justice was copied around in 1993. In my Complaint, I described that, and the codification of the file UC93-0119(393) is clearly shows the date. In addition, particularly in case of office of Attorney General of Washington, the Confidential Memorandum was copied for Ms. Judy Mims in 1993, at that time she worked at the office of the Attorney General of Washington, and the recent contact information for Ms. Judy Mims is attached (Exhibit 2).

5. The Defendant stated that it is unclear:" ...how his life, liberty and property have been deprived". For any reasonable person, that statement is clearly humiliation. In my Complaint there is explanation of my suffering, but the gentlemen from the top do not want to understand that, but, if they would barred from their professional work as attorney, I have no any doubt, that in such situation they would understand the horrific reality of my life, that force

| PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT. | 2 | DR. NIKOLAY I. LYSENKO<br>P.O. BOX 402<br>LYNNWOOD, WA 98046-0402<br>425-712-9220 |
|---|---|---|

me to get the last stand – the hungry strike against persecution in the United States America, soon.

6. The Defendant declared, that plaintiff does not state what kind information was placed in the file. Again, it is outraged false statement, I clearly stated in my Complaint that it is the ban on profession – the Confidential Memorandum prohibits me to work on my profession.

7. The Defendant continues:" who placed this information in the file and when did this happen". The same false statement, in Complain I did explain that information was copied from government agency in January 1993, and, again, the codification of the file Lysenko UC93-0119(393) is clearly show time of opening of file, and, again, in case of office of Attorney General of Washington, the information was copied for Ms. Judy Mims and she did open that file.

8. In violation of the Law, I was denied my right to get the full and uncut copy of the file Lysenko UC93-0119(393), but the Defendant that knows it very well, requested "fleshing out of the facts and circumstances". It is clearly humiliation, and it is really as in funny scientific story about Donkey that studied Flea: he cut her legs and demanded, jump! She did not; conclusion: she has ears in the legs.

9. In fact, neither the Defendant, nor the Court does not need to decipher anything: the Defendant already has the Confidential Memorandum that was copied in 1993, and the Court could get that file. Again, the false statement of the Defendant.

10. The Defendant try to convince the Court, that I have asserted the multiple claims, in fact, I did not. In my Complaint, I have stated the One Claim only – *the Ban On Profession*, that was imposed by the Federal Government of the

PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT.

3

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

United States, secretly, without any explanation, without court hiring. Hence, without due process of law. Again, in short and plain statement, I have asserted the One Claim only – the Ban on Profession.

11. The Defendant stated: "Defendant is hampered in formulating any response to the complain in light of rambling and unfocused nature." In fact, my Complaint clearly focused – the ban on profession that was imposed by the Federal Government of the United States of America and it is the violation the Constitution of the United States of America. It is obviously for any reasonable person, that statement of the Defendant is false, and the Defendant employed deception to avoid response to the fact – the Ban on Profession.

12. The Defendant in a very humiliated way commented my Complaint that, in my understanding, clearly show, that Defendant does not have any polite respect for me, which is appropriate at the Court, and demonstrated that I am a priory quilt in some way, and the State could do anything with me, as usually secretly. The Defendant wrote: "Plaintiff vaguely alleges something about leaning that the office of the Attorney General of Washington, [that fraise is nonsense and humiliation] that his personal file had been opened, and it deprived him of life liberty and property." The Defendant deliberately omitted the issue of the Complaint: my personal file Lysenko UC93-0119(393) is the Ban on Profession; I was barred from work on my profession, that, it is obviously for any reasonable person and the rule of the common sense, deprived my life, liberty and property. The Defendant distorted facts, humiliated me, and used to false statements.

13. It is a very amazing for me, so many false statements in such short document, in fact, the true are citations only, but rest are false, false, and false. For example, the Defendant wrote: "if it cannot properly guess what claims Plaintiff intends to pursue." It is false. In my Complain is one claim only – the Ban on Profession, and, in fact, I have to guess why I did not find in whole document the right definition of my claim – the Ban on Profession.

14. *Conclusion*: the statement of the Defendant: "Plaintiff's Complaint for failure to set a short and plain statement of the claims or grounds for the Court's jurisdiction" is false, deception and humiliation. In fact, my Complaint is short and plain statement of the one claim only – the Ban on Profession that was imposed by the Federal Government of the United States, secretly, without due process of law. It is the violation of the Constitution of the United States of America, and it is the ground for the Court's jurisdiction.

15. I ask the Court take into the consideration my clearly stated claim – the Ban on Profession.

The motion that contains about ninety percent false information, distorted facts, and humiliation of Plaintiff, should be denied by the Court in full.

P.S. In the Motion, I did read: "A proposed Order is attached.", but the Defendant did not send the proposed Order for me. It is clearly show the State secrecy and disrespect for human being.

| | | |
|---|---|---|
| PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT. | 5 | DR. NIKOLAY I. LYSENKO<br>P.O. BOX 402<br>LYNNWOOD, WA 98046-0402<br>425-712-9220 |

1 | DATED: February 8, 2008.

Respectfully submitted,

*[signature]*

Dr. Nikolay I. Lysenko

P.O. Box 402

Lynnwood, WA 98046-0402

425-712-9220

Email, Mykola.Lyssenko@agriscienceconsulting.com

PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT.

6

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

# Exhibit 1.

| | |
|---|---|
| **Full Name:** | Jack G. Johnson |
| **Last Name:** | Johnson |
| **First Name:** | Jack G. |
| **Job Title:** | Division Chief |
| **Department:** | Attorney General's Office - UW Division |
| **Company:** | University of Washington |
| **Business Address:** | 101 Gerberding Hall, Seattle, WA 98195 WA |
| **Business:** | +1 206 543-4150 |
| **Business Fax:** | +1 206 543-0779 |
| **E-mail:** | jackj@u.washington.edu |
| **E-mail Display As:** | Jack G. Johnson (jackj@u.washington.edu) |

# Exhibit 2.

| | |
|---|---|
| **Full Name:** | Judy L. Mims |
| **Last Name:** | Mims |
| **First Name:** | Judy L. |
| **Job Title:** | ASSOCIATE DIRECTOR PERSONNEL POLICY/FACULTY ADMINISTRATION |
| **Department:** | DEAN'S OFFICE, SCHOOL OF MEDICINE |
| **Company:** | University of Washington |
| **Business Address:** | 1325 4TH AVE SUITE 2000 SEATTLE WA 98105<br>WA |
| **Business:** | +1 206 221-7686 |
| **Business Fax:** | +1 206 221-2511 |
| **E-mail:** | jmims@u.washington.edu |
| **E-mail Display As:** | Judy L. Mims (jmims@u.washington.edu) |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, I caused the foregoing Plaintiff's Response For Defendant's Motion To Dismiss Or, In The Alternative, For More Definitive Statement to be served on Defendant, the United States of America, via first class mail, postage prepaid addressed as follows:

Mr. Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC   20530
202-514-9150

*[signature]*

Dr. Nikolai I. Lysenko
P.O. Box  402
Lynnwood, WA  98046-0402
425-712-9220