UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Dr. Nikolay I. Lysenko, </br></br>      Plaintiff </br></br>   v. </br></br>United States of America </br>United States Attorney General </br></br>      Defendant | ) </br>) </br>) </br>) </br>) Civil Action No. 1:07-cv-02247-RBW </br>)  ECF </br>) </br>) </br>) </br>) |

## MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, United States Attorney General (USAG), by and through undersigned counsel, hereby move for a 60 day extension of time to file their answer or otherwise respond to Plaintiffs complaint, through and including April 19, 2007.  Good cause exists to grant this motion.

1. Defendant's response to Plaintiff's complaint is due on February 25, 2008.

2. Defendant filed a Motion to Dismiss or, In The Alternative For More Definite Statement on January 30, 2008.  Plaintiff filed his response to the Motion on February 15, 2008. The Defendant would require additional time to file a response if the claim is not dismissed so that it has time to meet and confer with Agency counsel in preparing a response.

3. This is the first request made for an extension of the response deadline.

WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to April 27, 2007.

February 20, 2008.

                                            Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


\_\_\_\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez, Tx. Bar No. 1314405
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2008, I caused the foregoing *Motion to Extend Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

Dr. Nikolay I. Lynseko
P.O. Box 402
Lynnwood, Wa 98046-0402
425-712-9220

                                                    /s/
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, D.C.  20530
(202) 514-9150
(202) 514-8780 (facsimile)