The Honorable Reggie B. Walton

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| Dr. Nikolay I. Lysenko, | NO. 1: 07-cv-02247-RBW |
| --- | --- |
| Plaintiff, | |
| Vs. | PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |
| United States of America | |
| Defendant. | |

1. The defendant stated that good cause exists, but the Defendant has not listed any good cause.

2. In fact, the Defendant's motion is rhetoric chronology of events that have occurred in this case, and it does not constitute any cause at all.

3. The Defendant had and has a plenty time from December 26, 2007 to meet and confer with the Agency counsel, that is obviously for any reasonable person, and the Defendant has not provided any good cause that prevented meeting, such as weather, health of counsel, terrorist attack etc.

PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTFF'S COMPLAINT

1

RECEIVED
MAR 3 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

4. In the top of the page the Defendant stated:"... through and including April 19, 2007.", but in the bottom of the same page, the Defendant wrote:"...and that the date for the response to the complaint be extended to April 27, 2007". It does seem to me, that the Defendant wants to extend the time for respond indefinitely, and, in fact, did not provide any real date: the year 2007 two times on the same page and in the very plain and short statement could not be simple mistake, and paragraph 3 is confirmed that.

5. The Defendant made reservation for future extension, if that motion would be granted, would be second, third and so on requests for extension. In my understanding, if take into the consideration my recent situation that I have described in my complaint, the Defendant would realize the classic rule: no people no problems.

The Defendant's motion did not provide any good cause for extension of the time to respond to the plaintiff's complaint and should be denied.

DATED: February 27, 2008.

Respectfully submitted,

*/s/ N. Lysenko*

Dr. Nikolay I. Lysenko

P.O. Box 402

Lynnwood, WA 98046-0402

425-712-9220

PLAINTIFF'S RESPONSE FOR DEFENDANT'S MOTION TO EXTEND TIME TO RESPOND TO PLAINTFF'S COMPLAINT

2

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

## CERTIFICATE OF SERVICE

     I hereby certify that on this 10th day of February, I caused the foregoing Plaintiff's Response for Defendant's Motion to Extend Time to Respond to Plaintiff's Complaint to be served on Defendant, the United States of America, via first class mail, postage prepaid addressed as follows:

Mr. Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC  20530
202-514-9150

*[signature]*
Dr. Nikolay I. Lysenko
P.O. Box 402
Lynnwood, WA 98046-0402
425-712-9220