RECEIVED

MAR 1  2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Honorable Reggie B. Walton

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Dr. Nikolay I. Lysenko,

                    Plaintiff,

            Vs.

United States of America

                    Defendant.

NO.   1: 07-cv-02247-RBW

PLAINTIFF'S MOTION FOR RECOSIDERATION CM/ECF PASSWORD

Plaintiff Dr. Nikolay I. Lysenko moves the Court, pursuant to Local Rules, LCvR 5.4 (b) (2), to grant for me, as *pcr sc* party, lcavc to obtain a CM/ECF password from thc Clcrk.

I have a very reliable access to the internet ( Verizon DSL connection), and all required software, such as PDF-writer, Adobe software, scanner and scanner software, and I can file

PLAINTIFF'S MOTION FOR
RECONSIDERATION CM/ECF
PASSWORD.

1

DR. NIKOLAY I. LYSENKO
P.O. BOX 402
LYNNWOOD, WA 98046-0402
425-712-9220

1 documents in PDF-format, and receive the filings of other parties electronically on regular
2 basis.

3 I ask the Court to take into the consideration the following:

4 1. I am living on the West Coast of the United States and using the regular US mail is not
5 reliable, for example, for some reason Mr. Raymond A. Martinez did not get my service
6 (see Exhibit 1, attached), and it is a very plausible that I could not get some
7 correspondence, and it could disrupt of integrity of process.

8 2. It takes from 4 to 6 days to deliver materials for me, and I am not attorney, and I need
9 more time to prepare response etc, but the time for delivery. It is constitute the greatest
10 disadvantage for me in additional to necessity to seek justice without the legal counseling.

11 3. I ask the Court to take into the consideration that under my recent financial
12 circumstances, as result of the ban on profession, I have a very tiny income, and I have to
13 spare on food, medicines, closing etc some money for financing of this court spending,
14 and without electronic filing, I need to pay for postage, PACER system etc.

15 There are the good causes to grant for me, as per se party, leave to obtain a CM/ECF
16 password from the Clerk.

17

18 DATED: March 15, 2008.                    Respectfully submitted:

19
20
21                                            Dr. Nikolay I. Lysenko
22                                            P.O. Box  402
23                                            Lynnwood, WA  98046-0402
24                                            425-712-9220
25
26

PLAINTIFF'S MOTION FOR                    2            DR. NIKOLAY I. LYSENKO
RECONSIDERATION CM/ECF                                       P.O. BOX 402
PASSWORD.                                             LYNNWOOD, WA 98046-0402
                                                            425-712-9220

Exhibit 1.

Bishop L. Lycombe, Ph.D.
P.O. Box 662
Lynnwood, WA 98046-0662

*Return to Sender — not at this locale*

EVERETT WA 982

05 FEB 2008 PM 4 L

Mr. Raymond A. Martinez
Assistant United States Attorney
555 4th Street NW
Washingt

NIXIE      208   CE 1        08 03/08/08

RETURN TO SENDER
VACANT
UNABLE TO FORWARD

BC: 98046040202     *0389-07494-05-39

98046@0402

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March, I caused the foregoing Plaintiff's Motion For Reconsideration CM/ECF Password to be served on Defendant, the United States of America, via first class mail, postage prepaid addressed as follows:


Mr. Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC   20530
202-514-9150


Dr. Nikolay I. Lysenko
P.O. Box   402
Lynnwood, WA   98046-0402
425-712-9220