UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NIKOLAY I. LYNSENKO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No: 07-2247 (RBW) |
| ) | |
| **UNITED STATES OF** ) | |
| **AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Cindy S. Owens, Special Assistant United States Attorney, and remove the appearance of Raymond A. Martinez, Special Assistant United States Attorney, as counsel for Defendant.

Respectfully submitted,

/s/
Cindy S. Owens, D.C. BAR #491465
Special Assistant United States Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 616-2257
cindy.owens@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 28nd day of July, 2008, a copy of the foregoing was served via first-class mail, postage pre-paid, addressed as follows:

NIKOLAY I. LYSENKO
6628 202nd Street SW
Apt. 254
Lynnwood, WA 98036-4511
(425) 712-9220
PRO SE

                              /s/
                             Cindy S. Owens, D.C. BAR #491465
                             Special Assistant United States Attorney
                             555 Fourth St., N.W.
                             Room E4112
                             Washington, D.C. 20530
                             (202) 616-2257
                             cindy.owens@usdoj.gov